In the Matter of the Petition of WILLIAM A. WINANT and Another, to Render and Settle Their Account, as Executors, etc., of ELIZABETH OVERBAUGH, etc., Deceased.— Motion to dismiss appeal granted on both grounds

stated in the notice of motion, without costs. Present — Blackmar, °P. J., Mills, Putnam, Kelly and Jaycox, JJ.